NOT FOR PUBLICATION                                                                                           (Doc. Nos. 37, 38)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| Walter BERGLUND, | : | |
| Plaintiff, | : | Civil No. 14-1972 (RBK/KMW) |
| v. | : | **Order** |
| Stacy GRAY, et al., | : | |
| Defendant(s). | : | |

**KUGLER**, United States District Judge:

    **THIS MATTER** coming before the Court upon the Motions to Dismiss of Defendants Stacy Gray, Rachel Green, and Linda Rosser (Doc. No. 37) and Defendant Deptford Township Board of Education (Doc. No. 38), and the Court having considered the moving papers and the responses thereto, and having heard the arguments of counsel in court on March 21, 2017, and for the reasons expressed on the record;

    **IT IS HEREBY ORDERED** that the Motions by Defendants are **GRANTED**;

    **IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.


Dated:   3/21/2017                                                                        s/ Robert B. Kugler

                                                                                                              ROBERT B. KUGLER

                                                                                                              United State District Judge