UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| WALTER BERGLUND,<br><br>Plaintiff(s),<br><br>vs.<br><br>STACY GRAY, RACHEL GREEN, LINDA ROSSER AND THE DEPTFORD TOWNSHIP BOARD OF EDUCATION,<br><br>Defendants. | CIVIL ACTION<br>No. 1:14-cv-01972-RBK-KMW<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |
|---|---|

Notice is hereby given that Walter Berglund, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court from the final judgment granting Defendants' Motions to Dismiss on Summary Judgment entered in this action on March 21, 2017.

Dated: April 20, 2017

Walter Berglund, Appellant
885 Bankbridge Road
Sewell, New Jersey 08080
609.221.7555