# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

17-1906

Walter Berglund v. Stacy Gray, et al

1-14-cv-01972

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 5/9/2017

cc: Mr. Walter Berglund
    James R. Birchmeier, Esq.
    Richard L. Goldstein, Esq.

**A True Copy :**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.